IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES, | No. C 03-4618 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER FOR PARTIES TO SUBMIT JOINT STATUS STATEMENT** |
| JOHN E. POTTER, POSTMASTER GENERAL, | |
| Defendant(s). / | |

On December 16, 2004, the Court referred this matter to a magistrate judge to conduct a settlement conference. The Honorable James Larson conducted a conference on March 8, 2005, at which time the case did not settle. However, on May 26, 2005, Judge Larson issued an order for the parties to contact his chambers within 30 days to advise him of their progress. Upon review of the docket, the Court notes that no further action has taken place. Accordingly, the Court hereby ORDERS the parties to file a joint status statement by May 31, 2006. If the case remains active and the parties wish to attend a further settlement conference, they shall also contact Judge Larson's chambers to schedule a conference at his convenience.

**IT IS SO ORDERED.**

Dated: May 16, 2006

MARIA-ELENA JAMES
United States Magistrate Judge