IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES, | No. C 03-4618 MEJ |
| Plaintiff(s), | **ORDER REFERRING PARTIES FOR FURTHER SETTLEMENT CONFERENCE** |
| vs. | |
| JOHN E. POTTER, POSTMASTER GENERAL, | **ORDER FOR PARTIES TO FILE PROPOSED STIPULATED PROTECTIVE ORDER** |
| Defendant(s). | |

Based on the parties' case management statements, it appears that a further settlement conference would benefit the parties in this matter. Accordingly, the parties shall participate in a further settlement conference with Magistrate Judge Larson, which shall take place within 90 days from the date of this Order. In addition, prior to the settlement conference, the parties shall file a proposed stipulated protective ordering covering the requested overtime documents.

**IT IS SO ORDERED.**

Dated: June 6, 2006

MARIA-ELENA JAMES
United States Magistrate Judge