1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM JONES,                                              No. C 03-4618 MEJ (JL)

        Plaintiff,

    v.                                                    FURTHER SETTLEMENT
                                                        CONFERENCE AND ORDER
JACK E. POTTER, ET AL.,

        Defendants.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference before Magistrate Judge James Larson shall take place on **Tuesday, October 17, 2006 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

**At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of an Updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.**

Any request to continue the settlement conference shall be submitted in writing after consultation with the opposing party.  Submission by facsimile is acceptable at facsimile number (415) 522-2140.

SETTLEMENT CONFERENCE NOTICE                    1

1         The parties shall notify Magistrate Judge Larson's chambers immediately if this case

2    settles prior to the date set for settlement conference.

3

4    DATED:   June 15, 2006

5

6    _____
     JAMES LARSON

7    Chief Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

SETTLEMENT CONFERENCE NOTICE                    2