**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

---

*10th Floor, Federal Building*      *(415) 436-6833*
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California 94102-3495*      *FAX:(415) 436-7169*

August 25, 2006

Hon. Chief Magistrate Judge James Larson
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

        Re:    *William Jones v. John E. Potter, Postmaster Gen.*
              NDCA Case No. C 03-4618 MEJ

Dear Judge Larson:

      The settlement conference for the above-captioned matter was initially scheduled for October 17, 2006. Both parties have agreed to change the date of the settlement conference to December 5, 2006 at 10:00 a.m. We have spoken with Venice Thomas who provided parties with this date and time.

                                           Very truly yours,

                                           KEVIN V. RYAN
                                           United States Attorney


                                           _____
                                           KATHERINE B. DOWLING
                                           Assistant United States Attorney

*IT IS SO ORDERED*
*Judge James Larson*