IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JONES, | No. C 03-4618 MEJ |
| Plaintiff(s), | **ORDER REQUESTING JOINT STATUS STATEMENT** |
| vs. | |
| JOHN E. POTTER, POSTMASTER GENERAL, | |
| Defendant(s). | |

The Court requests that the parties in this matter file a joint status statement within two weeks from the date of this Order. The statement shall update the Court on the status of settlement negotiations and whether the matter should be placed back on calendar.

**IT IS SO ORDERED.**

Dated: January 25, 2007

MARIA-ELENA JAMES
United States Magistrate Judge